Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sheila Finnegan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 172 - 2 | **DATE** | 3/9/2012 |
| **CASE TITLE** | USA vs. Chadia Abueid | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Chadia Abueid.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|