.UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 12 CR 172-2 |
| | ) | Judge Robert M. Dow, Jr. |
| CHADIA ABUEID | ) | |

UNITED STATES BILL OF PARTICULARS
FOR FORFEITURE OF CERTAIN PROPERTY

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files the following Bill of Particulars.

Through a violation of Title 18, United States Code, Section 2342(a), as alleged in the indictment, the United States seeks forfeiture of all property constituting and derived from, and traceable to, proceeds obtained directly or indirectly as a result of the Chadia Abueid's violations, including, but not limited to United States currency in the amount of $10,230 seized from Abueid on or about March 14, 2012.

All pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 2461(c).

    Respectfully submitted,
    PATRICK J. FITZGERALD
    United States Attorney

By: /s Christopher Grohman
    CHRISTOPHER GROHMAN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604

June 28, 2012