IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 12 CR 172-2 |
| | ) | |
| Chadia Abuied, | ) | |
| Defendant | ) | |

PROPOSED ORDER TO MODIFY CONDITIONS OF BOND

The court having heard the emergency motion of defendant Abueid and her submission And her submission of an itinerary from the Altarifi Travel Agency it is hereby ordered:

1. That the conditions of defendant's bond limiting her to the Northern District of Illinois be modified to allow her to travel to Ramallah, Palestine;

2. That the submitted itinerary is as follows: leave Chicago O'Hare airport on June 12, 2013 at (;30 PM, arrive Amman Jordan airport at 5:30 P.M. June 13; leave Tele Aviv, Israel July 2, arrive Chicago O'Hare airport July 2, 2013, at 3:55 P.M;

3. That Ms. Abueid is to report to pretrial services within 48 hours of her return to the United States, Northern District of Illinois;

4. That the pre-trial service department of this court return her U.S. passport to her this day, June 11, 2013 and that said passport be returned to the designated pretrial service officer when she reports to pretrial pursuant to this order after her return to the Northern District of Illinois.

5. Itinerary is attached to this proposed order. (by way of explication, AMM is Amman, Jordan, TLV is Tele Aviv, Israel, RJ is Royal Jordanian Airlines and DCRJ*7FLTC8/E designates her ticket number.

Respectfully Submitted,

s/Robert G. Clarke, Attorney

*[signature]*
Judge Robert M. Dow, Jr

June 11, 2013

06/11/2013 08:21    17737679879    SCOTTSDALE    PAGE 01/02

# FAX

YOUR NAME __GHADIA ABUEID__

FAX NUMBER __1-888-909-4685__

--- DO NOT WRITE BELOW THIS LINE ---

FAX CONFIDENTIALLY TRANSMITTED BY SCOTTSDALE CURRENCY INC.
8063 SO CICERO AVE. CHICAGO ILL. 60652 TEL (773) 7672965 FAX(773)7679879

# ALTARIFI TRAVEL & TOURS

## TEL : ( 773) 267-4777  . FAX : ( 773) 267-4959

1.1  ABUEID / CHADIA   MRS        2.1 ABUEID / NIDAL  CHD

1 RJ  264  K  12JUN  W  ORDAMM  HK2   930P         530P   13JUN Q
              /DCRJ*7FLTC8 /E
2 RJ  343  M  02JUL  T  TLVAMM  *HK2  825A         910A   /DCRJ*7FLTC8 /E
3 RJ  263  M  02JUL  T  AMMORD  *HK2  1030A        355P   /DCRJ*7FLTC8 /E

TKT/TIME LIMIT

  1.T-10JUN-6LT5*AED

PHONES

  1.  CHI      708-257-7797
  2.  CHI      773-267-4777  PHONE
  3.  CHI      773-267-4959  FAX

     HAVE A WONDERFUL TRAVEL

## DOMESTIC - INTERNATIONAL