IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 12 CR 172-2 |
| | ) | |
| Chadia Abueid, | ) | |
| Defendant. | ) | |

UNOPPOSED PETITION FOR ORDER TO ALLOW TRAVEL AND RETURN OF PASSPORT

NOW COMES Chadia Abueid, defendant herein, requesting this court to enter an order allowing her to travel to Florida and ordering the return of her passport for one day and in support thereof states:

1. Upon the demise of her father nearly a year ago (whose funeral she attended in Palestine with the permission of the court) certain family property, a small home in Brazil, became free for sale;

2. That Ms. Abueid and her siblings have agreed to vest in their brother the authority to alienate the property (requiring his presence in Brazil);

3. That to effectuate his authority to do so, Ms. Abueid is required to execute an affidavit in the presence of a notary at the Brazilian legation in Chicago forthwith;

4. That the legation officer requires passport identification to allow the execution of the affidavit by Ms. Abueid;

5. That her passport has been surrendered to Pretrial Services pursuant to court order after her return last year from Palestine;

1

6. That Ms. Abueid, therefore, requests that pretrial services be allowed to return her passport to her for one day to complete the affidavit, returning the affidavit to pretrial services the same business day, that day and time to be determined by the pretrial services officer and Ms. Abueid;

7. That additionally, Ms. Abueid requests the court grant her permission to travel to Florida from July 27th to August 6, 2014 to visit her mother who is visiting the United States, the exact itinerary and locations of her visitation residence or residences during the Florida trip to be worked out between Ms. Abueid and the pretrial service officer before her departure;

8. That both the United States Attorney, per Mr. Chris Grohman, and the pre-trial services officer Mr. James Wheatley, do not oppose her request for a brief one day return of her passport or her travel plans to Florida described above.

Wherefore, defendant prays that the court enter a minute order modifying the conditions of her bond to permit the return of her passport for one day and permitting her travel to Florida.

Respectfully submitted,

/Robert G. Clarke, Attorney

NOTICE OF FILING-PROOF OF SERVICE

    I hereby certify that I have filed this motion to enlarge the bond of Chadia Abueid, this 17th day of July, 2014 with the clerk of the court using the CM/ECF system, which filing will send notification of such filing to the other CM/ECF participants.

                                            s/Robert G. Clarke, Attorney