**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                              Case No.: 1:12−cr−00172
                                                                Honorable Robert M. Dow Jr.

Victoria Jaber, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2014:

    MINUTE entry before the Honorable Sara L. Ellis: as to Chadia Abueid. Motion to modify conditions of release [94],[95] is granted. The conditions of the bond are modified to permit the return of her passport for one day and permitting her travel to Florida. (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.