UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | No. 12 CR 172-2 |
| CHADIA ABUEID ) | |
| ) | |
| Defendant. ) | Judge Robert M. Dow, Jr. |

## ORDER

This matter came before the Court on the oral motion of the United States of America. The Court finds that notice of motion has been given to the parties, that the Court has jurisdiction over the subject matter and the parties, and, having been advised in the premises, that the United States' Motion states a basis for granting the relief requested. It is, therefore:

ORDERED:

1. That, the government's oral motion to apply seized funds to assessment fees and the restitution judgment is granted;

2. That, the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall transfer the funds in the amounts of $10,230 to the U.S. District Clerk of the Court to apply to the assessment and the restitution judgment;

3. That, this Court shall retain jurisdiction over this matter to take any additional action and enter further orders as necessary to implement and enforce this order.

ENTER:

ROBERT M. DOW, JR.
United States District Court Judge

DATE: 11-26-14